■ DONALD SCHIAVETTA, Respondent, v VICTORIA I. McKEON et al., Appellants.—In an action, *inter alia,* to recover possession of real property purchased at a court ordered foreclosure sale, the appeal is from a judgment of the Supreme Court, Nassau County (Roncallo, J.), dated June 2, 1992, which, *inter alia,* directed that the plaintiff recover possession of the premises. The defendants' notice of appeal from the order dated December 11, 1991, is deemed a premature notice of appeal from the judgment *(see,* CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs *(see, Schiavetta v McKeon,* 190 AD2d 724 [decided herewith]). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.